# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.               No. 07-50076

**MITCHELL SCOTT JOHNSON**                                                                **DEFENDANT**

### O R D E R

Now on this 5th day of January, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 59), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 59) is hereby **adopted *in toto.***

**IT IS FURTHER ORDERED** that, in accordance with the findings set out in the Report and Recommendation, plaintiff is not entitled to relief under 28 U.S.C. § 2255 and, therefore, no evidentiary hearing is warranted.

**IT IS FURTHER ORDERED** that, because plaintiff's claims for relief under 28 U.S.C. § 2255 are not viable, and an evidentiary hearing is not warranted, plaintiff's **Motion for Appointment of Counsel** (Doc. 55) to represent him in connection with his § 2255 motion is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody** (Doc. 43) is **DENIED** and this action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

<u>/s/ Jimm Larry Hendren</u>
**JIMM LARRY HENDREN
UNITED STATES DISTRICT COURT**